form and received the injuries from which she died. The Appellate Division dismissed the complaint upon the ground that at the time of the accident the truck was. owned, operated and controlled by an independent contractor.

*George W. Smyth* and *Edgar R. Kraetzer* for appellant.

*F. A. W. Ireland* and *R. M. McCormick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Dissenting: CRANE and ANDREWS, JJ.

---

EDWARD B. LA FETRA, Respondent, *v.* HUDSON TRUST COMPANY, Appellant.

*Attorney and client — conversion — action by attorney to recover percentage of certain bonds exchanged by defendant for certain tort claims which he had successfully prosecuted under contract that he was to have a certain percentage of recovery for his services.*

*La Fetra* v. *Hudson Trust Co.*, 203 App. Div. 729, affirmed.

(Argued April 20, 1923; decided May 8, 1923.)

APPEAL from a judgment, entered January 3, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a verdict directed by the court and directing judgment in favor of plaintiff. The action which was in conversion was brought by an attorney at law to recover forty per cent of certain bonds received on a sale of three tort claims which had been liquidated by the attorney for the claimant. The claimant subsequently assigned these claims to defendant as collateral for a loan and thereafter they were exchanged by claimant and defendant for the bonds. Plaintiff claimed an assignment of a forty per cent interest in the tort claims and, therefore, the right to recover forty per cent of the bonds.

*Victor E. Whitlock* for appellant.

*Joseph A. Warren, James J. Walker* and *John V. Downey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ROCCO CARNAVALLE, Respondent.

*Crimes — murder in second degree — judgment of conviction properly reversed.*

People v. *Carnavalle*, 202 App. Div. 156, affirmed.

(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1922, which reversed a judgment rendered at a Criminal Trial Term for the county of New York upon a verdict convicting the defendant of the crime of murder in the second degree and granted a new trial.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for appellant.

*Lloyd Paul Stryker* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.

---

JAMES TIEDEMANN, Respondent, v. MARIA TIEDEMANN, Defendant, and WILLIAM FISHER et al., Appellants.

*Real property — title — action by husband to compel reconveyance by wife of property deeded by him to her and to set aside conveyance of said property by wife to third parties.*

*Tiedemann* v. *Tiedemann*, 201 App. Div. 614, affirmed.

(Submitted April 23, 1923; decided May 8, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1922, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought by the plaintiff, James Tiedemann, against his wife, the defendant Maria Tiedemann, and against William Fisher and Ruth C.